# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. ED**CV 17-02492-RGK (KK)**  Date: **February 28, 2018**

Title: Belal Hijaz v. Kirstjen Nielsen, et al.

## DOCKET ENTRY

PRESENT:  HON. **KENLY KIYA KATO**, UNITED STATES MAGISTRATE JUDGE

| Deb Taylor | None |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):  ATTORNEYS PRESENT FOR DEFENDANT(S):
   None                                  None

## PROCEEDINGS:       (IN CHAMBERS)

On December 8, 2017, Petitioner Belal Hijaz ("Petitioner") constructively filed a Petition for Writ of Habeas Corpus.  ECF Docket No. ("Dkt.") 1.  Petitioner was born in the Occupied Territories of Palestine and received a final order of deportation from an immigration judge on December 16, 2011. Dkt. 8 at 2.  The Petition challenges Petitioner's continuous civil immigration detention since approximately May 9, 2017.  Dkt. 1 at 3.  On January 18, 2018, Respondent filed an Answer claiming Petitioner's removal "has been rescheduled on a date certain in the last two weeks of January 2018."  Dkt. 7 at 2.  On February 2, 2018, Petitioner filed a Reply alleging that "as of today, February 2, 2018, Mr. Hijaz continues to be detained."  Dkt. 8 at 2.  On February 16, 2018, Respondents filed a status report supported by the declaration of Immigration and Customs Enforcement Officer Annette Joseph.  Dkt. 13.  Officer Joseph declared that ICE "expects to receive approval to proceed with removals to the West Bank within 45 days of January 30, 2018."  Dkt. 13-1, ¶ 6.  On February 20, 2018, Petitioner filed a response to Respondents' status report requesting a hearing in order to question Officer Joseph.  Dkt. 14.  The parties are hereby ORDERED to appear for a hearing before this Court **on March 28, 2018 at 10:00 a.m.** to develop the record and assist in determining whether there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future.

MINUTES FORM 11

CIVIL-GEN

Respondents are further ordered to make Immigration and Customs Enforcement Officer Annette Joseph, or another official with knowledge of the essential facts of the case, available for questioning at the March 28, 2018 hearing, either in person or by telephone.

| | |
|---|---|
| Initials of Deputy Clerk | dts |

MINUTES FORM 11
CIVIL-GEN