# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

| | |
|---|---|
| Case No. **EDCV 17-02492-RGK (KK)** | Date: **April 5, 2018** |
| Title: Belal Hijaz v. Kirstjen Nielsen | |

## DOCKET ENTRY

PRESENT: HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| <u>Deb Taylor</u><br>Deputy Clerk | <u>None</u><br>Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):　　ATTORNEYS PRESENT FOR DEFENDANT(S):

　　None　　　　　　　　　　　　　　　　　　　　None

## PROCEEDINGS:　　(IN CHAMBERS)

On December 8, 2017, Petitioner Belal Hijaz ("Petitioner") constructively filed a Petition for Writ of Habeas Corpus. ECF Docket No. ("Dkt.") 1. The Petition challenges Petitioner's continuous civil immigration detention since approximately May 9, 2017. Dkt. 1 at 3. On January 18, 2018, Respondent filed an Answer. Dkt. 7. On February 2, 2018, Petitioner filed a Reply. Dkt. 8.

On March 28, 2018, the Court held a status conference to develop the record and assist in determining whether there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future. See Dkt. 19. On April 4, 2018, the parties filed supplemental briefs. Dkts. 20, 21. In light of the testimony at the March 28, 2018 hearing and the parties' supplemental briefing, it appears Respondent expects to have approval for Petitioner's removal from Israel on an expedited basis, and likely within forty-five days.

Hence, IT IS HEREBY ORDERED that **no later than May 14, 2018**, Respondent shall file a status report providing an update on the status of Petitioner's removal. Petitioner may file a response **within seven (7) days** of Respondent's status report.

MINUTES FORM 11

CIVIL-GEN